In the Matter of the Claim of SIMON LOVETT, Respondent, against HERMAN BUCK, Doing Business as TERRACE PLACE GARAGE, et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Submitted January 8, 1941; decided January 23, 1941.

*Frank L. Ward* for appellants.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum, Joseph A. McLaughlin* and *Isaac Frank* of counsel), for State Industrial Board, respondent.

Order of Appellate Division and award of State Industrial Board reversed and claim dismissed, with costs in this court and in the Appellate Division against the State Industrial Board on the ground the accident did not arise out of and in the course of the claimant's employment. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, LEWIS and DESMOND, JJ. Dissenting: RIPPEY and CONWAY, JJ.